IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **REGINALD D. TAYLOR,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:23-cv-00725-O-BP |
| § | |
| **TARRANT COUNTY** § | |
| **JUDICIAL COURTS,** *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **ORDERS** that the Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 2) is **DENIED**. The Court further **ORDERS** that Plaintiff's case will be **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) unless Plaintiff pays to the Clerk of the Court the $402.00 filing and administrative fee **no later than fourteen (14) days** after the date of this Order.

**SO ORDERED** on this **28th day** of **August, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE